JONAS COLLIER et al., Respondents, v. JOSEPH A. LUKES, Appellant.—

Herlihy, P. J., Reynolds, Staley, Cooke and Sweeney, JJ., concur.